Doty *v.* Auditorium Pier Co.

In re will of JOHN CORBLIS, deceased.

[Filed August 25th, 1903.]

*For reversal*—FORT, BOGERT, VREDENBURGH, VROOM—4.

---

EZRA C. DOTY, complainant,

*v.*

AUDITORIUM PIER COMPANY, defendant and respondent.

[Filed November 16th, 1903.]

On appeal of Robert P. Wilson.

*Mr. Norman Grey,* for the appellant.

*Mr. George A. Bourgeois,* for the respondent.

Black *v.* Hobart Trust Co.

Per Curiam.

The decree appealed from is affirmed, for the reasons given by Vice-Chancellor Reed, in his opinion filed in the court of chancery.   See *56 Atl. Rep. 720.*

*For affirmance*—The Chief-Justice, Dixon, Garrison, Fort, Garretson, Hendrickson, Pitney, Swayze, Bogert, Voorhees, Vroom, Green, Gray—13.

*For reversal*—None.